# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 20CV60073-RUIZ/
SELTZER

Plaintiff:
**Ryan Turizo**
vs.
Defendant:
**Tamarac Pointe, Ltd., Limited Partnership d/b/a Tamarac Pointe Apartments**

For: Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC

Received by All Broward Process Corp on the 2nd day of February, 2020 at 12:45 pm to be served on **Tamarac Pointe, Ltd. Limited Partnership d/b/a Tamarac Pointe Apartments, 400 S 5th Street, 4th Floor, Columbus, OH 43215**. I, Erika Cremeans, do hereby affirm that on the 10 day of Feb, 2020 at 12:45 p.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as _____
(X) CORPORATE SERVICE: By serving Denise Lafferty as Admin Assistant.
( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____
( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 45  Sex M (F)  Race W  Height 5'6  Weight 160  Hair Blonde  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Erika Cremeans

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**All Broward Process Corp**
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: 2020000315

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

ABP# 315
DATE 2/10/20  TIME 12:45 pm
Name Emc   Badge/ID# ___
*** scan back executed ***

RYAN TURIZO )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 20cv60073-Ruiz/Seltzer
)
TAMARAC POINTE, LTD., LIMITED PARTNERSHIP )
d/b/a TAMARAC POINTE APARTMENTS )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAMARAC POINTE, LTD., LIMITED PARTNERSHIP
d/b/a TAMARAC POINTE APARTMENTS
4331 N. FEDERAL HWY.
SUITE 402-A
FT. LAUDERDALE, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jibrael S. Hindi, Esq.
E-mail: jibrael@jibraellaw.com
Phone: 954-907-1163
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, Suite 1700
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 01/14/2020

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court